Printed: 04/09/10 11:01 AM

# Claims Distribution Small Checks

Trustee: Bridget A. Brine (430170)

Page: 1

RECEIVED
2010 APR 12 AM 8:58
U.S. BANKRUPTCY COURT
DULUTH, MN

Case: 09-50406 - PLANTE, J. S.

Account No. 920005985156

| Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| 10108 | 04/09/10 | 2 | 05/26/09 | 610 | Payee: U.S. Bankruptcy Court KUETTEL & SONS | 190.00 | 190.00 | 3.02 | 3.02 |

Check Amount: $3.02

(*) Denotes objection to Amount Filed

32/13
4-13-10
2